UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.   05-15696-BKC-RAM
JORGE J. HERMIDA
TANIA I. HERMIDA                          NOV 15 2010

                                      CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX)  The trustee has a balance of $    57.65  remaining in her bank
      account which represents unpresented checks drawn and mailed to
      debtor(s)/ creditor(s) in the above named case.  Your trustee
      has made a good faith effort to verify the correct mailing
      address for said debtor(s)/Creditor(s) and deliver the funds
      before presenting this notice.  More than sufficient time has
      passed for these checks to be presented for payment, or the
      creditor has returned funds indicating they refuse the funds.

(  )  The trustee has a balance of $    .00   remaining in her bank
      account which represents small dividends as defined by FRBP
      3010.

      Attached and made a part of this notice is a list, pursuant
to FRBP 3011, of the names, Claim numbers and addresses
of the debtor(s)/creditor(s) and the amounts to which they are
entitled.

      WHEREFORE, your trustee hereby gives notice that the above
stated sum has been deposited with the Clerk of the U. S.
Bankruptcy Court, Southern District of Florida, to effect closing
of this estate.

Date: _____11/12/10_____

                                      _____
                                      NANCY N. HERKERT
                                      CHAPTER 13 TRUSTEE

Copies to:
      JORGE J. HERMIDA
      TANIA I. HERMIDA
      1770 W 41 PL #315
      HIALEAH, FL 33012

      PATRICK L. CORDERO, ESQUIRE
      198 NW 37 AVENUE
      MIAMI, FL 33125

      CHASE BANK CIRCUIT CITY
      CHASE BANK, USA, NA
      POB 100018
      KENNESAW, GA 30156-9204

      U.S. Trustee
      51 S. W. 1st Avenue
      Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.   05-15696-BKC-RAM
JORGE J. HERMIDA
TANIA I. HERMIDA


                                      CHAPTER 13


JORGE J. HERMIDA
TANIA I. HERMIDA
1770 W 44 PL #315
HIALEAH, FL 33012


PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125


CHASE BANK-CIRCUIT CITY        ---------$          57.65
CHASE BANK, USA, NA
POB 100018
KENNESAW, GA 30156-9204
                                      UNDELIVERABLE/STALE
                                      CLAIM REGISTER# 5
U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130